IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WADE THORNTON,

      Plaintiff,                      No. 2:11-cv-0875 EFB P

vs.

CRAIG WEST, et al.,

      Defendants.           ORDER

                                 /

Plaintiff is a state prisoner without counsel. This case is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4). On April 9, 2012, the court dismissed this action because after dismissing the original complaint with leave to amend for failure to state a claim, plaintiff failed to file an amended complaint or otherwise respond to the court's order. Dckt. No. 8. Judgment was entered accordingly. Dckt. No. 9. On May 16, 2012, plaintiff submitted a motion for relief from judgment. Dckt. No. 10. Rule 60(b) of the Federal Rules of Civil Procedure provides as follows:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is

1

based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

Plaintiff's motion neither addresses the deficiencies in the complaint identified by the court nor demonstrates that he is entitled to relief from judgment.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for relief from judgment (Dckt. No. 10), is denied.

Dated: August 10, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE